In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of THE WORKINGMAN'S CO-OPERATIVE ASSOCIATION OF THE UNITED INSURANCE LEAGUE OF NEW YORK, Appellant.

Argued March 6, 1939; decided April 11, 1939.

*David C. Broderick* and *Charles S. Vaccaro* for appellant.
*John J. Bennett, Jr., Attorney-General (Irvin Waldman* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.